UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                               :

IN RE YUNJI INC., SECURITIES        :      19-cv-6403-LDH-SMG
LITIGATION                          :

                               :    **JOINT STIPULATION AND**
                               :    **[PROPOSED] ORDER**
                               :    **OF DISMISSAL**
                               :
-------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Lead Plaintiff and Defendants Yunji Inc., Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, and Tiger Brokers (NZ) (f/k/a Top Capital Partners Limited):

1.      The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.      The above-captioned consolidated action is hereby dismissed without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs.

3.      The parties acknowledge the following: (a) respectively, each party filed the operative complaint or defended against claims in good faith; (b) each party has borne and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

**IT IS SO ORDERED**.

Dated: Brooklyn, New York

_____, 2021              _____

                                                 LASHANN DEARCY HALL
                                                 United States District Judge

AGREED TO AND ACCEPTED on this 26th day of April, 2021, by:


/s/ Adam Apton
_____

**LEVI & KORSINSKY, LLP**
Adam Apton
Shannon Lee Hopkins
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
Email: shopkins@zlk.com


*Attorneys for Lead Plaintiff*

/s/ Robert A Fumerton
_____

**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
One Manhattan West
New York, NY 10001
Telephone:  212/735-3000
Fax: 212-735-2000
Email: scott.musoff@skadden.com
Email: robert.fumerton@skadden.com
Email: michael.griffin@skadden.com


*Attorneys for Defendant Yunji Inc.*


/s/ Adam M. Harris
_____

**ROPES & GRAY LLP**
Gregg L. Weiner
Adam M. Harris
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 596-9000
Email: Gregg.Weiner@ropesgray.com
Email: Adam.Harris@ropesgray.com


*Attorneys for Defendants Morgan Stanley
& Co. LLC, Credit Suisse Securities (USA)
LLC, J.P. Morgan Securities LLC and Tiger
Brokers (NZ) (f/k/a Top Capital Partners
Limited)*