UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
IN RE YUNJI INC., SECURITIES   :   19-cv-6403-LDH-SMG
LITIGATION                                      :
:   **JOINT STIPULATION**
:   **AND ORDER OF**
:   **DISMISSAL**
:
------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Lead Plaintiff and Defendants Yunji Inc., Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, and Tiger Brokers (NZ) (f/k/a Top Capital Partners Limited):

      1.    The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2).

      2.    The above-captioned consolidated action is hereby dismissed without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs.

      3.    The parties acknowledge the following: (a) respectively, each party filed the operative complaint or defended against claims in good faith; (b) each party has borne and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

**IT IS SO ORDERED**.

Dated: Brooklyn, New York

      _____May 3_____, 2021            **s/ LDH**
                                                                L SHANN D ARCY HALL
                                                                United States District Judge

AGREED TO AND ACCEPTED on this 26th day of April, 2021, by:

/s/ Adam Apton  
**LEVI & KORSINSKY, LLP**  
Adam Apton  
Shannon Lee Hopkins  
55 Broadway, 10th Floor  
New York, NY 10006  
Tel: (212) 363-7500  
Fax: (212) 363-7171  
Email: aapton@zlk.com  
Email: shopkins@zlk.com  

*Attorneys for Lead Plaintiff*

/s/ Robert A Fumerton  
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**  
Scott D. Musoff  
Robert A. Fumerton  
Michael C. Griffin  
One Manhattan West  
New York, NY 10001  
Telephone: 212/735-3000  
Fax: 212-735-2000  
Email: scott.musoff@skadden.com  
Email: robert.fumerton@skadden.com  
Email: michael.griffin@skadden.com  

*Attorneys for Defendant Yunji Inc.*

/s/ Adam M. Harris  
**ROPES & GRAY LLP**  
Gregg L. Weiner  
Adam M. Harris  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Phone: (212) 596-9000  
Email: Gregg.Weiner@ropesgray.com  
Email: Adam.Harris@ropesgray.com  

*Attorneys for Defendants Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC and Tiger Brokers (NZ) (f/k/a Top Capital Partners Limited)*